# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: HOOSICK FALLS PFOA CASES | Case No. 1:19-mc-00018-LEK-DJS |
| EDWARD ANDRICK and LAURIE ANDRICK,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>*Defendants*. | Case No. 1:17-cv-1058-LEK-DJS |
| DIANE BAMRICK, as an individual and in her capacity as Executrix of the ESTATE OF EDWARD BAMRICK, deceased,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., SAINT-GOBAIN CORPORATION, HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., and 3M COMPANY, E.I. DUPONT NEMOURS AND COMPANY, and THE CHEMOURS COMPANY,<br><br>*Defendants*. | Case No. 1:19-cv-0225-LEK-DJS |

| | |
|---|---|
| BRYAN SCHROM, NICKOLAS SCHROM, MARGARET SARGOOD, LISA TIFFT, and RUTH TIFFT,<br><br>                *Plaintiffs*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>                *Defendants*. | Case No. 1:16-cv-1367-LEK-DJS |
| DONALD BRADLEY,<br><br>                *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>                *Defendants*. | Case No. 1:19-cv-0240-LEK-DJS |
| ARNOLD BULLINGER, TRAVIS CONQUEST, and BRETT FERRARO,<br><br>                *Plaintiffs*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>                *Defendants*. | Case No. 1:16-cv-0954-LEK-DJS |

| | |
|---|---|
| TSUNGANI CLEMONS,<br><br>                      *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>                      *Defendants*. | Case No. 1:19-cv-0236-LEK-DJS |
| ROBERT DECKER,<br><br>                      *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>                      *Defendants*. | Case No. 1:20-cv-01141-LEK-DJS |
| JAMES DONAVAN,<br><br>                      *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>                      *Defendants*. | Case No. 1:16-cv-0924-LEK-DJS |

| | |
|---|---|
| MARK DRISCOLL,<br><br>                *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., SAINT-GOBAIN CORPORATION, HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., and 3M COMPANY, E.I. DUPONT NEMOURS AND COMPANY, and THE CHEMOURS COMPANY,<br><br>                *Defendants*. | Case No. 1:19-cv-0231-LEK-DJS |
| TIFFANY BACON, ROBERT HOLOVACH, and TRACY HOLOVACH<br><br>                *Plaintiffs*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>                *Defendants*. | Case No. 1:19-cv-0249-LEK-DJS |
| BRIDGET FOSTER,<br><br>                *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>*Defendants*. | Case No. 1:19-cv-0077-LEK-DJS |

| | |
|---|---|
| ARNOLD BULLINGER, individually and as Executor of the ESTATE OF EDWARD FROMMER,<br><br>                              *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>                              *Defendants*. | Case No. 1:16-cv-1063-LEK-DJS |
| LINDA GARDNER,<br><br>                              *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>                              *Defendants*. | Case No. 1:19-cv-0246-LEK-DJS |
| CRYSTAL GATES,<br><br>                              *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., SAINT-GOBAIN CORPORATION, HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., and 3M COMPANY, E.I. DUPONT NEMOURS AND COMPANY, and THE CHEMOURS COMPANY,<br><br>                              *Defendants*. | Case No. 1:19-cv-0221-LEK-DJS |

| | |
|---|---|
| MELISSA GORMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>*Defendants*. | Case No. 1:19-cv-0200-LEK-DJS |
| BRANDON HARRINGTON, individual; S.H., a minor, by his father and natural guardian Brandon Harrington; and T.H., a minor, by his father and natural guardian Brandon Harrington,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION,<br><br>*Defendant*. | Case No. 1:18-cv-0152-LEK-DJS |
| SUE HICKEY, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF JOHN HICKEY,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>*Defendants*. | Case No. 1:19-cv-0094-LEK-DJS |

| | |
|---|---|
| DOUGLAS and DEBRA HOLMSTEDT,<br><br>        *Plaintiffs*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>        *Defendants*. | Case No. 1:16-cv-0933-LEK-DJS |
| MARY LUCEY,<br><br>        *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>        *Defendants*. | Case No. 1:17-cv-1054-LEK-DJS |
| MARCUS MARTINEZ,<br><br>        *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>        *Defendants*. | Case No. 1:19-cv-0098-LEK-DJS |

| | |
|---|---|
| DEREK MILLER,<br><br>       *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>       *Defendants*. | Case No. 1:19-cv-0598-LEK-DJS |
| JOYCE MORIER, JAMES MORIER and KIMBERLY MOORE,<br><br>       *Plaintiffs*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>       *Defendants*. | Case No. 1:19-cv-0103-LEK-DJS |
| TARA MULLER,<br><br>       *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>       *Defendants*. | Case No. 1:19-cv-0106-LEK-DJS |

| | |
|---|---|
| FRANK PERRELLI,<br><br>                              *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>                              *Defendants*. | Case No. 1:19-cv-0239-LEK-DJS |
| JAY POKINES,<br><br>                              *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>                              *Defendants*. | Case No. 1:19-cv-0232-LEK-DJS |
| R.M. BACON, LLC and MICHAEL BACON,<br><br>                              *Plaintiffs*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>                              *Defendants*. | Case No. 1:17-cv-0441-LEK-DJS |

| | |
|---|---|
| QUINN RASMUS,<br><br>　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>　　　　　　　　　*Defendants*. | Case No. 1:19-cv-0238-LEK-DJS |
| KATHLEEN REECE,<br><br>　　　　　　　　　*Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., SAINT-GOBAIN CORPORATION, HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., and 3M COMPANY, E.I. DUPONT NEMOURS AND COMPANY, and THE CHEMOURS COMPANY,<br><br>　　　　　　　　　*Defendants*. | Case No. 1:19-cv-0219-LEK-DJS |
| BERNICE ROSENBERG and STANLEY ROSENBERG,<br><br>　　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>　　　　　　　　　*Defendants*. | Case No. 1:19-cv-0100-LEK-DJS |

| | |
|---|---|
| MANDA RUSSELL,<br><br>      *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>      *Defendants*. | Case No. 1:19-cv-0107-LEK-DJS |
| LISA SCHNEIDER,<br><br>      *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>      *Defendants*. | Case No. 1:19-cv-0083-LEK-DJS |
| RYAN SLOWEY,<br><br>      *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., SAINT-GOBAIN CORPORATION, HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., and 3M COMPANY, E.I. DUPONT NEMOURS AND COMPANY, and THE CHEMOURS COMPANY,<br><br>      *Defendants*. | Case No. 1:19-cv-0216-LEK-DJS |

| | |
|---|---|
| JENNY STONE,<br><br>                              *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>                              *Defendants*. | Case No. 1:19-cv-0247-LEK-DJS |
| ANN SWEENER,<br><br>                              *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>                              *Defendants*. | Case No. 1:17-cv-0532-LEK-DJS |
| IAN WEBBER, in his capacity as the Executor of the ESTATE OF SEAN WEBBER,<br><br>                              *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., SAINT-GOBAIN CORPORATION, HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., and 3M COMPANY, E.I. DUPONT NEMOURS AND COMPANY, and THE CHEMOURS COMPANY,<br><br>                              *Defendants*. | Case No. 1:19-cv-0220-LEK-DJS |

12

| | |
|---|---|
| JUDITH WHITE,<br><br>        *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>        *Defendants*. | Case No. 1:19-cv-0104-LEK-DJS |
| BEVERLY and ROGER WHITE,<br><br>        *Plaintiffs*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>        *Defendants*. | Case No. 1:16-cv-0934-LEK-DJS |
| KENNETH WICKENDEN,<br><br>        *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT NEMOURS AND COMPANY and 3M CO.,<br><br>        *Defendants*. | Case No. 1:17-cv-1056-LEK-DJS |

| | |
|---|---|
| LORI WYMAN,<br><br>                                      *Plaintiff*,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., SAINT-GOBAIN CORPORATION, HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIED SIGNAL LAMINATE SYSTEMS, INC., and 3M COMPANY, E.I. DUPONT NEMOURS AND COMPANY, and THE CHEMOURS COMPANY,<br><br>                                      *Defendants*. | Case No. 1:19-cv-0215-LEK-DJS |

## STIPULATION AND ORDER

WHEREAS Defendant Saint-Gobain Performance Plastics Corp. ("Saint-Gobain") has filed one or more answers and affirmative defenses in each of the above-captioned actions (the "Actions");

WHEREAS Saint-Gobain pleaded the following affirmative defense in each of the Actions:

Saint-Gobain denies any negligence, culpable conduct or liability on its part but, if Saint-Gobain ultimately is found liable for any portion of Plaintiff's alleged damages, Saint-Gobain shall only be liable for its equitable share of Plaintiff's alleged damages;

WHEREAS Saint-Gobain seeks to amend and clarify its affirmative defenses in an efficient and uniform manner;

WHEREAS, the Parties, by and through their undersigned counsel, consent to Saint-Gobain amending its pleadings as provided herein;

NOW THEREFORE, it is hereby STIPULATED AND AGREED that the operative answers of Saint-Gobain in each of the Actions shall be deemed to be amended and to set forth affirmative defenses as follows:

Saint-Gobain denies any negligence, culpable conduct or liability on its part but, if Saint-Gobain ultimately is found liable for any portion of Plaintiff's alleged

damages, Saint-Gobain shall only be liable for its equitable share of each Plaintiff's alleged damages, pursuant to Article 16 of the New York Civil Practice Law and Rules.

and

Pursuant to Section 15-108 of the New York General Obligations Law and applicable case law, insofar as any Plaintiff has given an individual or entity other than Saint-Gobain a release from, covenant not to sue for, or covenant not to enforce a judgment of liability for a purported injury that Saint-Gobain is ultimately found liable therefor, that Plaintiff's claim must be reduced (1) to the extent of the amount stipulated by the release or covenant, (2) in the amount of the consideration paid for the release or covenant, or (3) in the amount of the released individual's or entity's equitable share of the damages under Article 14 of the New York Civil Practice Law and Rules, whichever is greatest.

In each of the above-listed affirmative defenses, the reference to "Plaintiff" and "Plaintiff's" shall refer to "Plaintiffs" and "Plaintiffs'" in those Actions that assert claims by multiple Plaintiffs and, in applicable cases, shall be inclusive of decedent estates.

All of the above is **SO ORDERED**.

Dated: December 14, 2023
      Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge

Dated: May 18, 2023                                    Respectfully submitted,

/s/ Stephen G. Schwarz
Stephen G. Schwarz
Hadley E. Lundback
**FARACI LANGE, LLP**
1882 South Winton Road
Suite 1
Rochester, NY 14618
Tel: (518) 325-5150
sschwarz@faraci.com
hadley@faraci.com


/s/ James L. Bilsborrow
James L. Bilsborrow
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, NY 10003
Tel: (212) 558-5500
jbilsborrow@weitz.com


/s/ David A. Engel
David A. Engel
**GILCHRIST TINGLEY P.C.**
251 River Street #201
Troy, New York 12180
Tel: (518) 238-3759
dengel@gilchristtingley.com


/s/ Patrick J. Lanciotti
Patrick J. Lanciotti
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue, 11th Floor
New York, New York 10017
Tel: (212) 397-1000
planciotti@napolilaw.com


/s/ Terrence McCartney
Terrence McCartney
Austin T. Osborn
**MCCARTNEY STUCKY LLC**
350 Theodore Fremd Avenue, Ste. 140

Rye, New York 10580
Tel: (914) 305-5555
tmccartney@mc-stlaw.com
aosborn@mc-stlaw.com

*Attorneys for Plaintiffs*


*/s/ Paul A. LaFata*
Sheila L. Birnbaum
Mark S. Cheffo
Douglas E. Fleming, III
Paul A. LaFata
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Tel: (212) 698-3500
sheila.birnbaum@dechert.com
mark.cheffo@dechert.com
douglas.fleming@dechert.com
paul.lafata@dechert.com

Christopher Fenlon
**HINCKLEY ALLEN**
30 S. Pearl Street, Suite 901
Albany, NY 12207
Tel: (518) 396-3100
cfenlon@hinckleyallen.com

*Attorneys for Defendant Saint-Gobain Performance Plastics Corporation*


*/s/ Jennifer Kwapisz*
Elissa Preheim (*pro hac vice*)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-5503
elissa.preheim@arnoldporter.com

Jennifer Kwapisz
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019

Tel: (212) 836-8000
jennifer.kwapisz@arnoldporter.com

*Attorneys for Defendant Honeywell International Inc.*


*/s/ Clinton T. Speegle*
John M. Johnson
Lana A. Olson
Jeffrey P. Doss
Clinton T. Speegle
Meghan S. Cole
**LIGHTFOOT, FRANKLIN & WHITE LLC**
The Clark Building
400 20th Street North
Birmingham, AL 35203
Tel: (205) 581-0700
jjohnson@lightfootlaw.com
lolson@lightfootlaw.com
jdoss@lightfootlaw.com
cspeegle@lightfootlaw.com
mcole@lightfootlaw.com

Benjamin W. Hill
**CAPEZZA HILL, LLP**
30 South Pearl Street, Suite P-110
Albany, NY 12207
Tel: (518) 478-6065
ben@capezzahill.com

*Attorneys for Defendant E.I. Du Pont De Nemours and Company*


*/s/ Andrew J. Calica*
Andrew J. Calica
Whitney Suflas
**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 506-2500
acalica@mayerbrown.com
wsuflas@mayerbrown.com

*Attorneys for Defendant 3M Company*